Casey B. Green, Esq. (NJ #015732003)
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA 19107
Telephone: (215) 574-0600
Fax: (215) 574-0310
E-Mail: cg@sidkoffpincusgreen.com

*Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY (TRENTON)

| | |
|---|---|
| AARON RUBIN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>US BANK HOME MORTGAGE; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC.;<br>　　　　Defendants. | CASE NO.:<br><br>Judge<br>Magistrate Judge |

## TRANS UNION, LLC'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Trans Union, LLC ("Trans Union") hereby removes the subject action from the Ocean County Superior Court, Law Division, New Jersey, to the United States District Court for the District of New Jersey, Trenton Division on the following grounds:

1.　　Plaintiff Aaron Rubin served Trans Union on or about February 7, 2022, with a Summons and Complaint (the "Complaint") filed in the Ocean County Superior Court, Law Division, New Jersey. Copies of the Summons and Complaint are attached hereto as **Exhibit A** and **Exhibit B**. No other process, pleadings or orders have been served on Trans Union.

2. Plaintiff is a "consumer" and Trans Union is a "consumer reporting agency" as those terms are defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). Plaintiff makes claims under, alleges that Trans Union violated and alleges that Trans Union is liable under the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. (the "FCRA"). See Complaint at ¶¶ 34-48.

3. This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. § 1331 since there is a federal question. As alleged, this suit falls within the FCRA which thus supplies this federal question.

4. Pursuant to 28 U.S.C. § 1441, et seq., this cause may be removed from the Ocean County Superior Court, Law Division, New Jersey, to the United States District Court for the District of New Jersey, Trenton Division.

5. Counsel for Trans Union has confirmed with the Superior Court of New Jersey, Law Division, Ocean County, that they have no document or file suggesting any other Defendant has been served. To the best of Trans Union's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

6. Notice of this removal will promptly be filed with the Superior Court of New Jersey, Law Division, Ocean County and served upon all adverse parties.

WHEREFORE, Defendant Trans Union, LLC, by counsel, removes the subject action from the Superior Court of New Jersey, Law Division, Ocean County to this United States District Court, District of New Jersey, Trenton Division.

Date: February 20, 2022	Respectfully submitted,


                */s Casey Green*
                Casey B. Green, Esq. (NJ #015732003)
                Sidkoff, Pincus & Green, P.C.
                1101 Market Street, Suite 2700
                Philadelphia, PA  19107
                Telephone:  (215) 574-0600
                Fax:  (215) 574-0310
                E-Mail:  cg@sidkoffpincusgreen.com

                *Counsel for Defendant Trans Union, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **20th day of February, 2022**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| None. | |
|---|---|

The undersigned further certifies that a true copy of the foregoing shall be served on the following parties via First Class, U.S. Mail, postage prepaid, on the **21st day of February, 2022**, properly addressed as follows:

| **for Plaintiff Aaron Rubin**<br>Daniel Zemel, Esq.<br>Nicholas Linker, Esq.<br>Zemel Law LLC<br>660 Broadway<br>Patterson, NJ 07514<br>dz@zemellawllc.com | |
|---|---|

/s Casey Green
Casey B. Green, Esq. (NJ #015732003)
Sidkoff, Pincus & Green, P.C.
1101 Market Street, Suite 2700
Philadelphia, PA 19107
Telephone: (215) 574-0600
Fax: (215) 574-0310
E-Mail: cg@sidkoffpincusgreen.com

*Counsel for Defendant Trans Union, LLC*